565 U.S. 809, 132 S. Ct. 81, 181 L. Ed. 2d 13, 2011 U.S. LEXIS 6734.

October 3, 2011. Motion of respondents for attorneys' fees and expenses is referred to the United States Court of Appeals for the Ninth Circuit for adjudication.

No. 09-1454. Bob Camreta, Petitioner v. Sarah Greene, Personally and as Next Friend of S. G., a Minor, and K. G., a Minor.

No. 09-1478. James Alford, Deputy Sheriff, Deschutes County, Oregon, Petitioner v. Sarah Greene, Personally and as Next Friend of S. G., a Minor, and K. G., a Minor.

565 U.S. 809, 132 S. Ct. 81, 181 L. Ed. 2d 13, 2011 U.S. LEXIS 6763.

October 3, 2011. Motion of respondents to retax costs granted.

No. 09-10755. Joseph Smith, Petitioner v. Florida.

565 U.S. 809, 132 S. Ct. 81, 181 L. Ed. 2d 13, 2011 U.S. LEXIS 6766.

October 3, 2011. Respondent requested to file a response to the petition for rehearing within 30 days.

Former decision, 564 U.S. 1052, 131 S. Ct. 3087, 180 L. Ed. 2d 912, 2011 U.S. LEXIS 5006.

No. 10-1322. DIRECTV, Inc., et al., Petitioners v. Richard A. Levin, Tax Commissioner of Ohio.

565 U.S. 809, 132 S. Ct. 82, 181 L. Ed. 2d 13, 2011 U.S. LEXIS 7005.

October 3, 2011. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

Same case below, 128 Ohio St. 3d 68, 941 N.E.2d 1187.

No. 10-1333. Sandy Creek Energy Associates, L.P., Petitioner v. Sierra Club, Inc., et al.

565 U.S. 810, 132 S. Ct. 82, 181 L. Ed. 2d 13, 2011 U.S. LEXIS 6612.

October 3, 2011. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

Same case below, 627 F.3d 134.

No. 10-1377. Merilyn Cook, et al., Petitioners v. Rockwell International Corporation, et al.

565 U.S. 810, 132 S. Ct. 82, 181 L. Ed. 2d 13, 2011 U.S. LEXIS 6888.

October 3, 2011. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

Same case below, 618 F.3d 1127.